IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08CV257-MU-2
(3:03CR67-MU)

| | |
|---|---|
| LEWIS MOSES BYRD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court upon Petitioner's Motion to Exceed the Page Limitation Requirement, filed June 5, 2008 (document # 2); and on Respondent's two Motions for Extensions of Time, filed July 31 and September 2, 2008 (document ## 4 and 5, respectively).

For good cause shown, Petitioner's request for leave to include ten additional pages of supporting legal authority for his Motion to Vacate will be granted. Furthermore, for good cause shown, Respondent's Motions for Extensions of Time will be granted nunc pro tunc.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Exceed the Page Limitation Requirement (document # 2) is **GRANTED**;

2. Respondent's two Motions for Extensions of time are **GRANTED nunc pro tunc**; and

3. Respondent shall have up to and including October 16, 2008, in which to file its responsive pleading.

**SO ORDERED**.

Signed: September 16, 2008

Graham C. Mullen
United States District Judge