# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lewis Moses Byrd,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                               3:08cv257/3:03cr67

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2011 Order.

Signed: March 10, 2011

Frank G. Johns, Clerk
United States District Court