IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-257-GCM
(3:03-CR-67-GCM-DCK-1)

| | |
|---|---|
| **LEWIS MOSES BYRD,** | ) |
| Petitioner, | ) |
| v. | ) **O R D E R** |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**THIS MATTER** comes before the Court on consideration of Petitioner's Motion to Reconsider the Court's Order finding that Petitioner's Motion for Leave to File Amendment, (Doc. No. 28), represented a successive, unauthorized Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. See 28 U.S.C. § 2255(h). For the reasons stated in the Court's Order denying his Motion for Leave to File Amendment, see Doc. No. 29, the Court denies his Motion to Reconsider.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Reconsider is **DENIED**. (Doc. No. 30).

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 474, 484 (2000) (holding that when relief is denied on procedural grounds, a petitioner must establish both that the correctness of the

1

dispositive procedural ruling is debatable, and that the petition states a debatably valid claim of the denial of a constitutional right).

Signed: April 1, 2013

Graham C. Mullen
United States District Judge